### 27845. TEEL *et al. v.* THE STATE.

MACINTYRE, J. The motion for new trial contains only the general grounds. The record discloses that the evidence for the State, if credible, was sufficient to support the verdict. The jury being the judges of the weight of the evidence this court can not disturb the judgment refusing a new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 10, 1940.

*E. R. King,* for plaintiffs in error.
*R. A. Patterson, solicitor-general, Hooper & Hooper,* contra.

### 27999. SMART *v.* THE STATE.

GUERRY, J. The evidence amply supported the verdict. The exception to the charge of the court is not well taken.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 11, 1940.

*W. Dewey Smith, F. Joe Turner Jr.,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw, Quincy O. Arnold,* contra.